IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICKY R. FRANKLIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:16-cv-2505-N-BN |
| | § | |
| ATLANTA MEDICAL CENTER, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

Pursuant to the provisions of 28 U.S.C. § 1915, permission is hereby granted for Plaintiff Ricky R. Franklin to proceed *in forma pauperis* in this Court until judgment is entered herein. But service of process shall not issue, if at all, until the Court completes its screening of this action pursuant to 28 U.S.C. § 1915(e)(2).

SO ORDERED.

DATED: September 1, 2016

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE