# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| RICKY R. FRANKLIN | ) | Civil Action File No. |
| | ) | |
| Plaintiff, | ) | NO. 3:16-CV-2505-N |
| | ) | |
| v. | ) | **JURY DEMAND** |
| | ) | |
| ATLANTA MEDICAL CENTER INC., | ) ) | |

Defendant

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMSSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Ricky R. Franklin, by and through himself, hereby gives notice of the voluntary dismissal of this action without prejudice.

Respectfully submitted,

Ricky R. Franklin

708 Brambling Way

Stockbridge, GA 30281

rrfrank12@hotmail.com